MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

TAFT STETTINIUS & HOLLISTER LLP
Manuel "Manny" Herceg, Esq.*
Jonathan G. Polak, Esq.*
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel: (317) 713-3500 / Fax: (317) 713-3699
mherceg@taftlaw.com
jpolak@taftlaw.com
*Admitted Pro Hac Vice
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AREP, INC. d/b/a ACE BARTENDING ACADEMY, a Nevada corporation; and DAVID DOLINSKY, individually<br><br>    Defendants. | Case No.: 2:20-cv-01664-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS OR ADD PARTIES**<br><br>**(First Request)** |

Plaintiff Michigan Licensed Beverage Association (Plaintiff), and Defendants AREP, Inc, d/b/a Ace Bartending Academy and David Dolinsky (Defendants) (together, the Parties) hereby stipulate to extend the deadlines to amend pleadings and to add parties. The Parties agree to extend these deadlines by 30 days to May 6, 2021. This Stipulation is the first request to extend deadlines in this case.

In support of this Stipulation, the Parties have conducted the following discovery:

**1. DISCOVERY COMPLETED TO DATE:**

The Parties have exchanged disclosures, written discovery has been propounded, and the deposition of Defendant David Dolinsky has been taken.

**2.  DISCOVERY REMAINING TO BE COMPLETED:**

The Parties will continue to respond to outstanding written discovery requests, to issue subpoenas to third parties, and to conduct depositions.

**3. REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES:**

Good cause exists to extend the deadline to amend pleadings or add parties in this matter because the deposition of Mr. Dolinsky took place on March 11, 2021, and Plaintiff is still in the process of reviewing the transcript.  Additionally, the Parties have been working together to settle the matter.  The Parties do not believe that any of the other discovery deadlines need to be extended at this time.  This extension is not for purposes of delay.

Pursuant to the above, the Parties wish to extend the deadline to amend pleadings and add parties to May 6, 2021. The deadlines shall be as follows:

///

///

///

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Discovery | July 5, 2021 | Remains the same |
| Amend Pleadings/Add Parties | April 6, 2021 | May 6, 2021 |
| Initial Expert Disclosure Deadline | May 6, 2021 | Remains the same |
| Rebuttal Expert Deadline | June 7, 2021 | Remains the same |
| Dispositive Motion Deadline | August 4, 2021 | Remains the same |
| Pretrial Order | September 3, 2021 | Remains the same |

SO STIPULATED on March 17, 2021.

DATED March 17, 2021.

*/s/ Dan McNutt*
MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

TAFT STETTINIUS & HOLLISTER LLP
Jonathan G. Polak, Esq.*
Neil R. Peluchette, Esq.*
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
*Admitted Pro Hac Vice*
jpolak@taftlaw.com
npeluchette@taftlaw.com
*Counsel for Plaintiff*

DATED March 17, 2021.

*/s/ Ryan Gile*
GILE LAW GROUP LTD.
Ryan Gile, Esq., Bar No. 8807
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
rg@gilelawgroup.com
*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

March 17, 2021