1  MCNUTT LAW FIRM, P.C.
   Daniel R. McNutt, Esq., Bar No. 7815
2  Matthew C. Wolf, Esq., Bar No. 10801
   625 South Eighth Street
3  Las Vegas, Nevada 89101
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
4  drm@mcnuttlawfirm.com
   mcw@mcnuttlawfirm.com
5
   TAFT STETTINIUS & HOLLISTER LLP
6  Manuel "Manny" Herceg, Esq.*
   Jonathan G. Polak, Esq.*
7  One Indiana Square, Suite 3500
   Indianapolis, Indiana 46204
8  Tel: (317) 713-3500 / Fax: (317) 713-3699
   mherceg@taftlaw.com
9  jpolak@taftlaw.com
   *Admitted Pro Hac Vice
10 Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation, <br><br> Plaintiff, <br><br> v. <br><br> AREP, INC. d/b/a ACE BARTENDING ACADEMY, a Nevada corporation; and DAVID DOLINSKY, individually <br><br> Defendants. | Case No.: 2:20-cv-01664-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY** <br><br> **(Second Request)** |

Plaintiff Michigan Licensed Beverage Association (Plaintiff), and Defendants AREP, Inc, d/b/a Ace Bartending Academy and David Dolinsky (Defendants) (together, the Parties) hereby stipulate to extend all discovery deadlines. The Parties agree to extend these deadlines by 60 days. This Stipulation is the second request to extend deadlines in this case. The Parties previously stipulated to extend the deadline to amend pleadings and add parties only.

In support of this Stipulation, the Parties have conducted the following discovery:

**1. DISCOVERY COMPLETED TO DATE:**

The Parties have exchanged disclosures, written discovery has been propounded, and the deposition of Defendant David Dolinsky has been taken.

1

**2. DISCOVERY REMAINING TO BE COMPLETED:**

The Parties will continue to respond to outstanding written discovery requests, to issue subpoenas to third parties, and to conduct depositions.

**3. REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES:**

Good cause exists to extend discovery deadlines because the Parties have been working towards settlement. The Parties feel that they are close to settling the matter, but still need some time to document and finalize the settlement. The Parties believe they will be able to resolve this matter soon, but would like to extend discovery deadlines by 60 days out of an abundance of caution. This extension is not for purposes of delay.

Pursuant to the above, the Parties wish to extend discovery deadlines by 60 days as follows:

///

///

///

**4. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Discovery | July 5, 2021 | September 7, 2021 |
| Amend Pleadings/Add Parties | May 6, 2021 | July 6, 2021 |
| Initial Expert Disclosure Deadline | May 6, 2021 | July 6, 2021 |
| Rebuttal Expert Deadline | June 7, 2021 | August 9, 2021 |
| Dispositive Motion Deadline | August 4, 2021 | October 4, 2021 |
| Pretrial Order | September 3, 2021 | November 3, 2021 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

SO STIPULATED on April 30, 2021.

DATED April 30, 2021.

*/s/ Dan McNutt*
MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com

TAFT STETTINIUS & HOLLISTER LLP
Jonathan G. Polak, Esq.*
Neil R. Peluchette, Esq.*
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
*Admitted Pro Hac Vice*
jpolak@taftlaw.com
npeluchette@taftlaw.com
*Counsel for Plaintiff*

DATED April 30, 2021.

*/s/ Ryan Gile*
GILE LAW GROUP LTD.
Ryan Gile, Esq., Bar No. 8807
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
rg@gilelawgroup.com
*Counsel for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of April, 2021.

3