|   |   |
|---|---|
| 1 | MCNUTT LAW FIRM, P.C. |
|   | Daniel R. McNutt, Esq., Bar No. 7815 |
| 2 | Matthew C. Wolf, Esq., Bar No. 10801 |
|   | 625 South Eighth Street |
| 3 | Las Vegas, Nevada 89101 |
|   | Tel.: (702) 384-1170 / Fax.: (702) 384-5529 |
| 4 | drm@mcnuttlawfirm.com |
|   | mcw@mcnuttlawfirm.com |

RECEIVED
__X__ FILED     ___ ENTERED     ___ SERVED ON
COUNSEL/PARTIES OF RECORD
7/26/2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

TAFT STETTINIUS & HOLLISTER LLP
Manuel "Manny" Herceg, Esq.*
Jonathan G. Polak, Esq.*
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Tel: (317) 713-3500 / Fax: (317) 713-3699
mherceg@taftlaw.com
jpolak@taftlaw.com
*Admitted Pro Hac Vice*
Counsel for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| MICHIGAN LICENSED BEVERAGE ASSOCIATION, a Michigan corporation, | Case No.: 2:20-cv-01664-JAD-VCF |
|---|---|
| Plaintiff, | ORDER GRANTING **MOTION FOR TELEPHONIC APPEARANCE** |
| v. |   |
| AREP, INC. d/b/a ACE BARTENDING ACADEMY, a Nevada corporation; and DAVID DOLINSKY, individually |   |
| Defendants. |   |

Plaintiff's Motion to Extend Pre-trial Deadlines and the Gile Law Group's Motion to Withdraw are set for hearing at 10:00 a.m. on July 29, 2021. Plaintiff's local counsel of record for Dan McNutt, Esq., will appear in person; however, due to prior commitments, Jonathan Polak is unable to attend in person.

///

///

1

Accordingly, Plaintiff respectfully requests that this Court allow Mr. Polak to appear telephonically at the hearing.

DATED July 26, 2021.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
625 South Eighth Street
Las Vegas, Nevada 89101
*Counsel for Plaintiffs*

<b><u>ORDER</u></b>

**IT IS SO ORDERED**
DATED: July 26, 2021

_____
U.S. MAGISTRATE JUDGE

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.